**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
**RYAN D. HASTINGS**
Nevada Bar No. 12394
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:     (702) 538-9074
Facsimile:     (702) 538-9113
*Attorneys for Defendant Falls at Hidden Canyon Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:     2:15-cv-01287-RCJ-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION TO FILE RESPONSE TO COMPLAINT (#1)**<br><br>**FIRST REQUEST** |

Defendant The Falls at Hidden Canyon Homeowners' Association ("Association"), and Plaintiff Nationstar Mortgage, LLC ("Plaintiff") by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed its Complaint on July 8, 2015 (#1).  Said Complaint was served on the Association on July 9, 2015.

2. Pursuant to Local Rule, an Answer to the Complaint is due on or before July 30, 2015.

. . .

. . .

1  Plaintiff and the Association by and through their counsel hereby agree and stipulate to
2  allow the Association an extension of time to file its Answer and Response to Complaint.
3  Association shall have up to and including August 13, 2015, to file its Response.

4  DATED this 27th day of July, 2015.

5  LEACH JOHNSON SONG & GRUCHOW

7  By:   */s/ Ryan D. Hastings*
       SEAN L. ANDERSON
8      Nevada Bar No. 7259
       RYAN D. HASTINGS
9      Nevada Bar No. 12394
       8945 West Russell Road, Suite 330
10     Las Vegas, Nevada 89148
       Phone: (702) 538-9074
11     *Attorneys for Defendant Falls at*
       *Hidden Canyon Homeowners'*
12     *Association*

13  DATED this 27th day of July, 2015.

14  AKERMAN LLP

16  By:   */s/ Donna M. Wittig*
       ARIEL E. STERN
17     Nevada Bar No. 8276
       DONNA M. WITTIG
18     Nevada Bar No. 11015
       1160 Town Center Drive, Suite 330
19     Las Vegas, Nevada  89144
       Phone: (702) 634-5000
20     Fax:  (702) 380-8572
       *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 28th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113