ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            donna.wittig@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>                              Plaintiff,<br>vs.<br><br>FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | Case No.:  2:15-cv-01287-RCJ-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES**<br><br>**(First Request)** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendant Falls At Hidden Canyon Homeowners' Association (**HOA**), by and through their undersigned counsel, stipulate and agree to the following:

WHEREAS, HOA filed a motion to dismiss (**motion**) on August 13, 2015;

WHEREAS, the current deadline for Nationstar to file its response to the motion is Monday, August 31, 2015;

WHEREAS, the parties stipulate and agree to extend the deadline for Nationstar to file its response to Friday, September 4, 2015;

/ /

{36065673;1}                                                              1

1  WHEREAS, the parties further stipulate and agree that HOA shall correspondingly have up to and including Monday, September 21, 2015, to file its reply;

WHEREAS, there are no other deadlines affected by this stipulation and proposed order that are presently known to the parties;

WHEREAS, this stipulation is not entered into for any improper purpose or to delay but instead to provide undersigned counsel for Nationstar additional time for her client to review the drafted response.

Dated this 28th day of August, 2015.

**AKERMAN LLP**

*/s/ Donna M. Wittig. Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

Dated this 28th day of August, 2015.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings, Esq.*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Defendant Falls at Hidden Canyon Homeowners' Association*

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Nationstar to file its response to HOA's motion is extended to Friday, September 4, 2015;

IT IS HEREBY ORDERED that the deadline for HOA to file its reply is extended to Monday, September 21, 2015.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: September 1, 2015

{36065673;1}      2