**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
**RYAN D. HASTINGS**
Nevada Bar No. 12394
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:  (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant Falls at Hidden Canyon Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; DOE INDIVIDUALS I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01287-RCJ-VCF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION TO REPLY IN SUPPORT OF ITS MOTION TO DISMISS (#12)**<br><br>**FIRST REQUEST** |

Plaintiff Nationstar Mortgage, LLC ("Plaintiff") and Defendant Falls at Hidden Canyon Homeowners' Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Association filed a Motion to Dismiss Plaintiff's Complaint on August 13, 2015 (#12).

2. Plaintiff filed its Opposition to Motion to Dismiss on September 4, 2015 (#19).

3. Pursuant to Local Rule, a Reply in Support of Association's Motion to Dismiss is due on or before September 14, 2015.

1  Plaintiff and the Association by and through their counsel hereby agree and stipulate to
2  allow the Association a two (2) week extension of time to file its Reply in support of its Motion
3  to Dismiss.  This additional time is appropriate because counsel for the parties in this case are
4  also involved in numerous cases pending in this Court, and counsel for the Association is facing
5  imminent briefing deadlines in some of these cases.  The Association shall have up to and
6  including September 28, 2015, to file its Reply.

7  DATED this 14th day of September, 2015.

8  LEACH JOHNSON SONG & GRUCHOW

10  By: _____/s/ Ryan D. Hastings_____
    SEAN L. ANDERSON
11  Nevada Bar No. 7259
    RYAN D. HASTINGS
12  Nevada Bar No. 12394
    8945 West Russell Road, Suite 330
13  Las Vegas, Nevada 89148
    Phone: (702) 538-9074
14  *Attorneys for Defendant Falls at*
    *Hidden Canyon Homeowners'*
15  *Association*

16  . . .
17  . . .
18  . . .
19  . . .
20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28

-2-

DATED this 14th day of September, 2015.

AKERMAN LLP

By:     /s/ Donna M. Wittig
      Ariel E. Stern
      Nevada Bar No. 8276
      Donna M. Wittig
      Nevada Bar No. 11015
      1160 Town Center Drive, Suite 330
      Las Vegas, Nevada 89144
      Phone: (702) 634-5000
      *Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

Dated this 16th day of September, 2015.

UNITED STATES DISTRICT COURT JUDGE

-3-