**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, *et al.*, | Case No.:  2:15-CV-01287-RCJ-VCF |
| Plaintiffs, | |
| vs. | **ORDER** |
| FALLS AT HIDDEN CANYON HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |

Court Order (ECF No. 27)  granting a 60 day stay of this action was entered on November 3, 2015.  The parties requested a 60 day stay until mediation was completed.  At the end of the 60 day stay the parties were ordered to file a status report advising the Court of the outcome of the mediation.  And within two weeks after the expiration of the stay, Nationstar was directed to file an amended complaint with names the HOA.  The parties have failed to comply with the Court's Order (ECF #27).  Furthermore, there has been no activity in this matter since November 12, 2015.  Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 9:00 A.M., Thursday, April 20, 2017, in LAS VEGAS Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Monday, April 10, 2017.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall  file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Monday, April 10, 2017.

IT IS SO ORDERED this 10th day of March, 2017.

_____
ROBERT C. JONES
District Judge