# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-01287-RCJ-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 52) |
| FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a "stipulation" to reopen discovery, Docket No. 52, which is **DENIED** without prejudice. First, Defendant Absolute Collection Services did not sign the request, so it is not a proper stipulation. Second, the length of any reopened discovery period sought is unclear, as the filing indicates that "[t]he parties anticipate that the remaining discovery can be completed by October 9, 2017," but the filing then seeks a discovery cutoff of January 18, 2018. *Id.* at 4. Third, the filing provides the incorrect case information in the caption. *Compare id.* at 1 *with* Docket No. 31 ("All further documents must bear the correct case number **2:15-cv-01287-RCJ-NJK**" (emphasis in original)).

IT IS SO ORDERED.

DATED: September 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge