# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-01287-RCJ-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 56) |
| FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to reopen discovery for 180 days. Docket No. 56. The stipulation states without elaboration that an extended discovery period of 180 days is appropriate "in light of the stay and the joinder of the HOA via Nationstar's Second Amended Complaint." Docket No. 56 at 2. The Court hereby **SETS** a hearing on the stipulation for 10:00 a.m. on September 26, 2017, in Courtroom 3D.

IT IS SO ORDERED.

DATED: September 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge