ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**LAS VEGAS DEVELOPMENT GROUP, LLC
AND AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, ) | |
| Plaintiff, ) | Case No.   2:15-cv-01287-RCJ-NJK |
| vs. ) | |
| THE FALLS AT HIDDEN CANYON ) HOMEOWNERS' ASSOCIATION; LAS ) VEGAS DEVELOPMENT GROUP, LLC; ) ABSOLUTE COLLECTION SERVICES, LLC; ) AIRMOTIVE INVESTMENTS, LLC, ) | |
| Defendants. ) | |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, NATIONSTAR MORTGAGE, LLC, and Defendants, LAS

VEGAS DEVELOPMENT GROUP, LLC and AIRMOTIVE INVESTMENTS, LLC, by and

through their undersigned counsel, and hereby stipulate and agree as follows:

1.    On November 27, 2017, Plaintiff filed a Motion for Summary Judgment herein

[ECF #65].  Responses are presently due on December 18, 2017.

2.    Defendants' counsel has been required to devote time and attention to numerous

other pending legal matters since the filing of the Motion for Summary Judgment

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1852 Fossil Butte

1   which have detracted from the time available prepare a response.  Specifically,

2   Defendants' counsel has responded to approximately 15-20 summary judgment

3   motions that have been filed in various cases over the course of the past several

4   weeks.  In addition, Defendants' counsel has had several appellate briefs due

5   within the past several weeks and coming weeks.  In addition, the parties desire to

6   discuss settlement before spending additional time and resources herein.

7   3.   Based upon the foregoing, Defendants have requested and shall be granted an

8   extension of time until January 15, 2018, in which to respond to the Plaintiff's

9   Motion for Summary Judgment.

10   4.   This Stipulation is made in good faith and not for purpose of delay.

11   Dated this _____12th_____ day of December, 2017.

12   ROGER P. CROTEAU &
    ASSOCIATES, LTD.                          AKERMAN, LLP

13

14   /s/ Timothy E. Rhoda                       /s/ Jesse A. Ransom
15   TIMOTHY E. RHODA, ESQ.                     JESSE A. RANSOM, ESQ.
    Nevada Bar No. 7878                        Nevada Bar No. 13565
16   9120 West Post Road, Suite 100            1160 N. Town Center Drive, Suite 330
    Las Vegas, Nevada 89148                   Las Vegas, NV 89144
17   (702) 254-7775                            (702)634-5005
    croteaulaw@croteaulaw.com                 jamie.combs@akerman.com
18   *Attorney for Defendants*                  *Attorney for Plaintiff*
    *Las Vegas Development Group, LLC and*      *Nationstar Mortgage, LLC*
19   *Airmotive Investments, LLC*

20

21   IT IS SO ORDERED.

22   By: _____

23   Judge, U.S. District Court

24   Dated: _12-13-2017_____

25

26

27

28

1852 Fossil Butte

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719