ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13535
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       jesse.ransom@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; AIRMOTIVE INVESTMENTS, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:15-cv-01287-RCJ-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS AND AIRMOTIVE INVESTMENTS, LLC AND LAS VEGAS DEVELOPMENT GROUP, LLC'S JOINDER** |

Plaintiff, Nationstar Mortgage LLC (**Nationstar**) and defendants The Falls at Hidden Canyon Homeowners' Association's (**Falls**), Airmotive Investments, LLC (**Airmotive**) and Las Vegas Development Group, LLC (**LVDG**) respectfully submit the following stipulation to allow BANA fourteen additional days to oppose Falls' motion to dismiss [ECF No. 48] and LVDG's joinder to the motion (the **joinder**) [ECF No. 49].

Falls filed its motion on August 17, 2017. Airmotive and LVDG filed a joinder on August 18, 2017. Plaintiffs' deadline to file its opposition is August 31, 2017. The parties stipulate to extending Nationstar's deadline by fourteen additional days, to September 13, 2017, to allow Nationstar additional time to prepare its opposition. Good cause exists to extend the deadline, as the extension will allow Nationstar's counsel to more fully review the points and authorities raised in the motion.

1

This is Nationstar's first request for an extension of this deadline and is not intended for the purposes of prejudice or delay.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| /s/ *Jesse A. Ransom, Esq.* | /s/ *Ryan D. Hastings, Esq.* |
| ARIEL E. STERN, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| JESSE A. RANSOM, ESQ. | RYAN D. HASTINGS, ESQ. |
| Nevada Bar No. 13535 | Nevada Bar No. 12394 |
| 1160 Town Center Drive, Suite 330 | 8945 West Russell Road, Suite 300 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | *Attorneys for Falls Homeowners Association* |

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

/s/ *Timothy E. Rhoda, Esq.*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Las Vegas Development Group, LLC, and Airmotive Investments, LLC*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Nunc Pro Tunc: Dated 08-31-2017
DATED: This 18th day of January, 2018.

2