ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ABSOLUTE COLLECTION SERVICES, LLC; AIRMOTIVE INVESTMENTS LLC,<br><br>Defendants. | Case No.: 2:15-cv-01287-RCJ-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner is no longer associated with the law firm of Akerman LLP and may be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Nicholas E. Belay, Esq.

DATED this 22nd day of July, 2020.

**AKERMAN LLP**

*/s/ Nicholas E. Belay, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2