<table>
<tr><td>1</td></tr>
<tr><td>2</td></tr>
<tr><td>3</td></tr>
</table>

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

NATIONSTAR MORTGAGE, LLC,

                    Plaintiff,

vs.                                Case No.  2:15-cv-01287-RCJ-NJK

THE FALLS AT HIDDEN CANYON
HOMEOWNERS' ASSOCIATION; LAS
VEGAS DEVELOPMENT GROUP, LLC;
ABSOLUTE COLLECTION SERVICES, LLC;
AIRMOTIVE INVESTMENTS, LLC,

                      Defendants.

**<u>ORDER TO EXTEND TIME TO RESPOND TO
MOTION FOR SUMMARY JUDGMENT</u> (First Request)**

    COMES NOW Plaintiff, NATIONSTAR MORTGAGE, LLC, and Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC and AIRMOTIVE INVESTMENTS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

    1.    On August 27, 2020, Plaintiff filed a Motion for Partial Summary Judgment herein [ECF #105].  A Response is presently due on September 17, 2020.

    2.    Defendants' counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment

which have detracted from the time available complete Defendants' response.

3. Based upon the foregoing, Defendants have requested and shall be granted an extension of time until October 1, 2020, in which to respond to the Plaintiff's Motion for Partial Summary Judgment.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___17th___ day of September, 2020.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Blvd. #75 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendants*** <br> ***Las Vegas Development Group, LLC and*** <br> ***Airmotive Investments, LLC*** | /s/ *Nicholas Belay* <br> NICHOLAS BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> 702-634-5039 <br> nicholas.belay@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Nationstar Mortgage LLC*** |

**IT IS SO ORDERED.**

By: _____
     Judge, U.S. District Court

Dated: September 22, 2020.