UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE FALLS AT HIDDEN CANYON ) <br> HOMEOWNERS' ASSOCIATION; LAS ) <br> VEGAS DEVELOPMENT GROUP, LLC; ) <br> ABSOLUTE COLLECTION SERVICES, LLC; ) <br> AIRMOTIVE INVESTMENTS, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.   2:15-cv-01287-RCJ-NJK |

**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW Plaintiff, NATIONSTAR MORTGAGE, LLC, and Defendants, THE FALLS AT HIDDEN CANYON HOMEOWNERS' ASSOCIATION, LAS VEGAS DEVELOPMENT GROUP, LLC and AIRMOTIVE INVESTMENTS, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On August 27, 2020, Plaintiff filed a Motion for Partial Summary Judgment herein [ECF #105].

2. On September 17, 2020, the parties submitted a stipulation to extend time to respond to the subject Motion. [ECF #108]. Said stipulation was approved on September 22, 2020. [ECF #111]. Pursuant to the order approving stipulation, a response is presently due on October 1, 2020.

3. Defendants' counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available complete Defendants' response. In addition to other obligations, Defendant's counsel continues to have two appellate briefs due within the next week which are impacting his ability to complete the opposition herein.

4. Based upon the foregoing, Defendants have requested and shall be granted an additional extension of time until October 8, 2020, in which to respond to the Plaintiff's Motion for Partial Summary Judgment.

5. Defendant, Falls at Hidden Canyon HOA filed its Response to Plaintiff's Motion for Summary Judgment on September 17, 2020. [ECF #109]. Plaintiff's Reply to said Opposition is presently due on October 1, 2020. Plaintiff shall have until October 22, 2020, in which to file either a consolidated Reply addressing each Defendant's Opposition or to file each Reply if necessary.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___29th___ day of September, 2020.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *Ryan D. Hastings* |
| TIMOTHY E. RHODA, ESQ. | RYAN D HASTINGS, ESQ. |
| Nevada Bar No. 7878 | Nevada Bar No. 12394 |
| 2810 W. Charleston Blvd. #75 | 2525 Box Canyon Drive |
| Las Vegas, Nevada 89102 | Las Vegas, NV 89128 |
| (702) 254-7775 | 702-538-9074 |
| croteaulaw@croteaulaw.com | rhastings@leachjohnson.com |
| ***Attorney for Defendants Las Vegas Development Group, LLC and Airmotive Investments, LLC*** | ***Attorney for Defendant Falls at Hidden Canyon HOA*** |

1  AKERMAN, LLP

2

3  /s/ *Nicholas Belay*
   NICHOLAS BELAY, ESQ.
4  Nevada Bar No. 15175
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   702-634-5039
6  nicholas.belay@akerman.com
   *Attorney for Plaintiff*
7  *Nationstar Mortgage LLC*

**IT IS SO ORDERED**

By: _____
    Judge, U.S. District Court

Dated: October 1, 2020

1852 Fossil Butte